UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R. WAYNE JOHNSON,

        Plaintiff,         Case No. 1:16-cv-144

v.         Honorable Paul L. Maloney

ELLEN S. CARMODY et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE as frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: April 12, 2016         /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge